1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org

6 Attorneys for Mr. Enriquez-Gallegos

8 UNITED STATES DISTRICT COURT

9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08mj1361 |
| 12          Plaintiff, | ) | |
| 13 v. | ) | **NOTICE OF APPEARANCE** |
| 14 MIGUEL ERIC ENRIQUEZ-GALLEGOS, | ) | |
| 15          Defendant. | ) | |

        Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record in the above-captioned case.

                                        Respectfully submitted,

Dated: May 8, 2008                      s/ *Michelle Betancourt*
                                        **MICHELLE BETANCOURT**
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Defendant
                                        michelle_betancourt@fd.org